UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KRISTOPHER ADAM WHITTLE,**

    Plaintiff,

v.

**TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES
(DFPS), ET AL.,**

    Defendants.

No. 4:26-cv-00363-P

## ORDER

On April 8, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in the above-captioned case. ECF No. 15. The FCR recommends that Plaintiff's request for a temporary restraining order ("TRO") enjoining the enforcement of an ex parte removal order obtained in cause number CIV-25-0257 in County Court at Law No. 2, Parker County, Texas be denied. ECF No. 15 at 1. Plaintiff filed an Objection to the FCR on April 26, 2026. ECF No. 16.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;

2. The FCR of the United States Magistrate Judge (ECF No. 15);

3. The Plaintiff's written objections to the FCR (ECF No. 16); and

4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court. The relief sought by Plaintiff is barred by the domestic relations exception. *See Ankenbrandt v. Richards,* 504 U.S. 689, 703 (1992).

Plaintiff's objection contains no cognizable objection. *See generally* ECF No. 16. Rather, Plaintiff stated "I am only filing this to clear up what I was asking for." ECF No. 16 at 1. Plaintiff stated that he "understood" the Magistrate Judge's FCR, but still failed to articulate a cognizable objection to the FCR. ECF No. 16 at 1.

Accordingly, it is **ORDERED** that Plaintiff's objection is **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Therefore, Plaintiff's Motion (ECF No. 3) is hereby **DENIED.**

**SO ORDERED** on this **29th day of April 2026.**

_____

Mark T. Pittman
UNITED STATES DISTRICT JUDGE